**FILED**

APR 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>JON ANTHONY HAMILTON, JR.,<br>　　a/k/a "Jon Anthony Hamilton,"<br>　　a/k/a "Joan,"<br><br>　　Defendant. | No. CR-10-00297-CW (DMR)<br><br><br>DETENTION ORDER |

## I. DETENTION ORDER

Defendant Jon Anthony Hamilton, Jr., is charged in a one-count indictment with possession with intent to distribute, and distribution of, methamphetamine (in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B)(viii)). On April 20, 2010, the United States moved for the detention of Mr. Hamilton, Jr., pursuant to 18 U.S.C. § 3142(f). Mr. Hamilton, Jr., did not request a full bail study. Pretrial Services did, however, prepare a criminal record report. Mr. Hamilton, Jr., is subject to a state parole hold. On April 23, 2010, Mr. Hamilton, Jr., waived his right to proffer information at this time. *See* 18 U.S.C. § 3142(f) (a defendant has the right at a

DETENTION ORDER
No. CR-10-00297-CW (DMR)　　　　　　　　　1

cc: Copy to parties via ECF, Sheilah, Pretrial Services, 2 Certified copies to US Marshal

Section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise). Mr. Hamilton, Jr., expressly retained his right to raise any additional relevant information at a later hearing.

The Government is entitled to a rebuttable presumption in this case that no condition or combination of conditions in section 3142(c) will reasonably assure the defendant's appearance in this case or the safety of any other person or the community. *See* 18 U.S.C. § 3142(e)(3)(A). Mr. Hamilton, Jr., did not offer information to rebut the presumption.

## II. CONCLUSION

The Court detains Mr. Hamilton, Jr. Because Mr. Hamilton, Jr., waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at the request of Mr. Hamilton, Jr., at any future time. Mr. Hamilton, Jr., shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: April 23, 2010

_____
DONNA M. RYU
United States Magistrate Judge