UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JON HAMILTON,<br><br>  Defendant. | No. CR-10-00297 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 8, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   May 18, 2010<br>Time:  10:00 a.m.<br>Court: Hon. Laurel Beeler |

The parties jointly requested that the hearing in this matter be continued from May 18, 2010 to June 8, 2010, and that time be excluded under the Speedy Trial Act between May 18, 2010 and June 8, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The government has produced an initial batch of discovery and will soon be turning over additional discovery.  The defense needs time to review that discovery, perform investigation, and discuss the case with the defendant.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to June 8, 2010 at 10:00 a.m. before Magistrate Judge Donna M. Ryu, and that time between May 18, 2010 and June 8, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED: May 18, 2010

_____
LAUREL BEELER
United States Magistrate Judge