```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00297 CW |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER TO EXCLUDE |
| v. ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ) | FROM JUNE 8, 2010 TO JUNE 15, 2010 |
| JON ANTHONY HAMILITON, JR., ) | |
| a/k/a "Jon Anthony Hamilton," ) | Date:    June 8, 2010 |
| a/k/a "Joan," ) | Time:    10:00 a.m. |
| ) | Court:   Hon. Donna M. Ryu |
| Defendant. ) | |

The defendant, Jon Anthony Hamilton, Jr., represented by Assistant Federal Public Defender John Paul Reichmuth for Ned Smock, and the government, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on June 8, 2010 for a status conference in the above-entitled matter.  The parties represented that counsel for the defendant was currently reviewing supplemental discovery produced by the government.  The parties agreed that counsel for the defendant would need additional time to review discovery and to confer the defendant.

[PROPOSED] ORDER
No. CR-10-00297 CW

On that basis, the parties requested that the matter be continued to June 15, 2010 before United States Magistrate Judge Donna M. Ryu for status or change of plea.  The parties jointly requested that time be excluded under the Speedy Trial Act between June 8, 2010 and June 15, 2010.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 8, 2010 and June 15, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 8, 2010 and June 15, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between June 8, 2010 and June 15, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 18, 2010

_____
HON. DONNA M. RYU
United States Magistrate Judge

[PROPOSED] ORDER
No. CR-10-00297 CW                    -2-