1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: wade.rhyne@usdoj.gov

8  Attorneys for Plaintiff

9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,       )   No. CR 10-00297 CW
14                                 )
          Plaintiff,                )
15                                 )   [PROPOSED] ORDER TO EXCLUDE
      v.                            )   TIME UNDER THE SPEEDY TRIAL ACT
16                                 )   FROM JUNE 15, 2010 TO JUNE 23, 2010
   JON ANTHONY HAMILITON, JR.,     )
17        a/k/a "Jon Anthony Hamilton,"  )   Date:   June 23, 2010
          a/k/a "Joan,"             )   Time:   10:00 a.m.
18                                 )   Court:  Hon. Donna M. Ryu
          Defendant.                )
19                                 )
   _____ )
20

21      The defendant, Jon Anthony Hamilton, Jr., represented by Assistant Federal Public

22 Defender Ned Smock, and the government, represented by Wade M. Rhyne, Assistant United

23 States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on June 15,

24 2010 for a status conference in the above-entitled matter.  The parties represented that counsel

25 for the defendant was currently reviewing discovery and conducting an investigation in this

26 matter.  The parties agreed that counsel for the defendant would need additional time to review

27 discovery, to investigate, and to confer the defendant about the case and the current plea offer.

28

[PROPOSED] ORDER
No. CR-10-00297 CW

1  On that basis, the parties requested that the matter be continued to June 23, 2010 before United States Magistrate Judge Donna M. Ryu for status or change of plea. The parties jointly requested that time be excluded under the Speedy Trial Act between June 15, 2010 and June 23, 2010.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 15, 2010 and June 23, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 15, 2010 and June 23, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, IT IS HEREBY ORDERED that the time between June 15, 2010 and June 23, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 18, 2010

HON. DONNA M. RYU
United States Magistrate Judge