IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.10-00297 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
| v. | |
| JON ANTHONY HAMILTON, JR., | |
| Defendant. | |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

Defendant Jon Anthony Hamilton, Jr.'s  plea of guilty is accepted by the Court as to Count (1) One  of the Indictment charging Defendant Jon Anthony Hamilton, Jr. with possession with intent to distribute and distribution of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii). Sentencing is set for Wednesday, September 8, 2010.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 7/8/2010

_____
CLAUDIA WILKEN
United States District Judge

cc:  DMR, Sue